FILED

2006 OCT 10 PM 2:58

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| RODOLPHO MONJARAZ; Crystal MONJARAZ; and ANTONIO RAMIREZ, <br><br>Plaintiffs, <br><br>v. <br><br>JERRY AIKINS, <br><br>Defendant. | CASE NO. 04CV2274-JM (PCL) <br><br>STIPULATION AND ORDER RE DISMISSAL |

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE that the above-entitled action may be dismissed with prejudice in its entirety.

Dated: 9/29/06

THORSNES, BARTOLOTTA & McGUIRE

_____
Ian C. Fusselman
Attorneys for Plaintiffs

Dated: 9/28/06

MURTAUGH MEYER NELSON & TREGLIA LLP

_____
Michael J. Nelson
Matthew W. Johnson
Attorneys for Defendant

IT IS SO ORDERED.

Dated: 10/10/06

_____
United States District Court Judge
Northern District of California
Southern

- 1 -

STIPULATION AND ORDER RE DISMISSAL

04CV2274-JM (PCL)
429310.1